## JOHNSON *vs.* STATE.

LARCENY OF HOGS, FROM COBB.  Criminal Law.  Hog Stealing.  (Before Judge Brown.)

Blandford, J.—Where, on the trial of an indictment for hog steal-ing, the evidence showed that the prosecutor lost several hogs which had been marked; that he found them in a pen near the house of the accused; that they had been re-marked, and an attempt made to entirely obliterate the mark of the prosecutor, though some of his marks re-mained, and they were identified as belonging to the prosecutor, a ver-dict of guilty was supported by the evidence.

Judgment affirmed.

Phillips & Sessions; Geo. S. Thomas, for plaintiff in error.

George F. Gober, solicitor general, for the State.

## SINGER SEWING MACHINE CO. *vs.* BARNETT, CONSTABLE.

RULE, FROM WHITFIELD.  Constables.  Officers.  Executions.  Levy and Sale.  (Before Judge Fain.)

Blandford, J.—A constable cannot protect himself against a rule brought against him for not making the money due on a *fi. fa.* placed in his hands, on the ground that the execution did not follow the judg-ment under which it issued.  It is the duty of a ministerial officer to execute every process placed in his hands which is regular and proper on its face and which is issued by a person having authority to do so; and the fact that it may be avoidable because it does not follow the judg-ment, is no defense to him for failing to make the money thereunder. 19 Ga., 139, 268; Gladden, sheriff, *vs.* Cobb.  (Sept. Term, 1884.)

Judgment reversed.

W. C. Glenn, for plaintiff in error.

T. R. Jones, by brief, for defendant.